IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TED A. MCCRACKEN | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-4495 |
| R.J. REYNOLDS TOBACCO COMPANY, *et al.* | : |

## ORDER

**AND NOW**, this 2nd day of February 2018, upon considering Defendants' Motions to dismiss (ECF Doc. Nos. 18, 20, 27), the *pro se* Plaintiff's Opposition and Cross-motion for leave to file a second amended complaint (ECF Doc. No. 28) and for reasons in the accompanying Memorandum including the Plaintiff's present failure to plead our subject matter jurisdiction, it is **ORDERED:**

1. Defendants' Motions to dismiss for lack of subject matter jurisdiction (ECF Doc. Nos. 18, 20, 27) are **GRANTED without prejudice** for the *pro se* Plaintiff to file a second amended complaint no later than **February 16, 2018** or his claims will be dismissed with prejudice; and,

2. Under this Order, Plaintiff's cross-motion for leave to file a second amended complaint (ECF Doc. No. 28) is **DENIED as moot.**

_____
KEARNEY, J.