# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TED A. MCCRACKEN, *et al.* | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 17-4495 |
| R.J. REYNOLDS TOBACCO COMPANY, *et al.* | : | |

## ORDER

**AND NOW,** this 14th day of February 2019, upon considering Defendants' Motion for summary judgment (ECF Doc. No. 156), Plaintiffs' Motion for summary judgment (ECF Doc. No. 159), Oppositions (ECF Doc. Nos. 163, 171, 176, 179), Defendants' Reply (ECF Doc. No. 182), and finding no genuine issues of material fact precluding the entry of judgment for the Defendants as a matter of law, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiffs' Motion for summary judgment (ECF Doc. No. 159) is **DENIED**;
2. Defendants' Motion for summary judgment (ECF Doc. No. 156) is **GRANTED**;
3. We enter **JUDGMENT** in favor of Defendants and against Plaintiffs; and,
4. The Clerk of Court shall **close** this case.

KEARNEY, J.