IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TED A. MCCRACKEN, *et al.* | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-4495 |
| R.J. REYNOLDS TOBACCO COMPANY, *et al.* | : |

## ORDER

**AND NOW**, this 20th day of March 2019, upon considering Plaintiffs' Motion for reargument (ECF Doc. 190), Defendants' Response (ECF Doc. No. 195), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 190) is **GRANTED** on two arguments to clarify our findings in our February 14, 2019 Memorandum (ECF Doc. No. 184) but these clarified findings do not affect our February 14, 2019 Order (ECF Doc. No. 185) granting summary judgment to the Defendants.

KEARNEY, J.